# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVEY NICHOLSON and CASSANDRA NICHOLSON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO CABRERA, DRAFT LOGISTICS, INC., and RACIEL FERNANDEZ, <br><br> Defendants. | No. 2:25-cv-02228-SHL-cgc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 28, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 37), filed November 24, 2025, all claims by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 24, 2025
Date